IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NationsRent, Inc., et al., | ) Chapter 11 |
| | ) |
| Debtors, | ) Case No.: 01-11628 through 01-11639 (PJW) |
| | ) (Jointly Administered) |
| | ) |
| NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 04-CV-1094 |
| | ) |
| Spectra Precision d/b/a Richard B. Trimble | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Garvan F. McDaniel, Esquire or Bifferato, Gentilotti & Biden, 1308 Delaware Avenue, P.O. Box 2165, Wilmington, DE 19899-2165 as attorney for defendant, **Spectra Precision d/b/a Richard B. Trimble.** Defendant reserves the right to answer, object or otherwise plead.

BIFFERATO, GENTILOTTI & BIDEN

By: _____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900