## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2005, a copy of the foregoing *Entry of Appearance* was caused to be served by first class mail upon the following:

Ashley Blake Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

By: _____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
Bifferato, Gentilotti & Biden
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165