## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the _10th_ day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Joseph K. Koury, Esquire
*Bifferato, Gentilotti, Biden & Balick, P.A.*
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Mary E. Augustine (No. 4477)